UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                               :

EPI-USE AMERICA, INC.,                 :

                                  :

                  Plaintiff,        :

                                  :        25 Civ. 1770 (JPC)

       -v-                     :

                                  :        <u>ORDER</u>

TE CONNECTIVITY CORP.,       :

                                  :

                  Defendant.   :

                                  :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

By January 12, 2026, the parties shall file a joint letter as to the status of mediation.

SO ORDERED.

Dated: January 7, 2026
      New York, New York                      JOHN P. CRONAN
                                      United States District Judge