UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                 :

EPI-USE AMERICA, INC.,               :

               Plaintiff,      :

                                 :             25 Civ. 1770 (JPC)

      -v-                    :

                                 :               ORDER

TE CONNECTIVITY CORP.,      :

                                 :

              Defendant.     :

                                 :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      For the reasons expressed on the record, the Court stays this case until April 3, 2026.  *See*

*Kappel v. Comfort*, 914 F. Supp. 1056 (S.D.N.Y. 1996).  The parties shall jointly file a letter as to

the status of mediation and the continued propriety of a stay by no later than April 3, 2026.

      SO ORDERED.

Dated:  January 28, 2026
       New York, New York                     JOHN P. CRONAN
                                          United States District Judge